IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 15 CR 037 JDP |
| JOSHUA VAN HAFTEN, | 18 U.S.C. § 2339B(a)(1) |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1

1. At times material to this indictment, defendant JOSHUA VAN HAFTEN, a citizen of the United States, had a last-known residence in Madison, Wisconsin.

2. During the period from on or about August 26, 2014, to on or about October 27, 2014, in the Western District of Wisconsin and elsewhere, the defendant,

JOSHUA VAN HAFTEN,

knowingly attempted to provide material support and resources, namely, personnel (including himself), to a foreign terrorist organization, namely, the Islamic State of Iraq and the Levant (ISIL), the defendant knowing at the time that this organization was a designated terrorist organization and had engaged and was engaging in terrorist activity and terrorism.

(In violation of Title 18, United States Code, Section 2339B(a)(1)).

A TRUE BILL

PRESIDING JUROR

JOHN W. VAUDREUIL
United States Attorney

Indictment returned: 4/23/2015