| Case No.: 14-124 | Date and time warrant executed: 10/21/2014 4:59 PM | Copy of warrant and inventory left with: FACEBOOK |

Inventory made in the presence of: FACEBOOK LAW ENFORCEMENT PORTAL

Inventory of the property taken and name of any person(s) seized:

2668 pages from Account: 100007815096875

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/28/2014

Executing officer's signature

ERIC J ROEHL, FBI SPECIAL AGENT
Printed name and title

SWORN TO AND SIGNED
BEFORE ME ON 10-28-14
STEPHEN L. CROCKER
MAGISTRATE JUDGE