AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of ) | |
| ) | 15-CR-37-JDP |
| Two Military Style Green Duffle Bags that are ) Case No. 14-mj-124 | |
| Located at the FBI Madison Resident Agency, ) | |
| Middleton, Wisconsin 53562 ) | |
| ) | **SEALED** |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Western District of Wisconsin.

See Attachment A.

The person or property to be searched, described above, is believed to conceal:

See Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the information described in Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before  JUNE 2, 2015
(not to exceed 14 days)

☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Stephen L. Crocker or United States Magistrate Judge Peter Oppeneer.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  May 26, 2015

_____
Judge's signature

Madison, Wisconsin

Magistrate Judge Stephen L. Crocker or
Magistrate Judge Peter A. Oppeneer

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Case No.: <br> 15-CR-37-037 | Date and time warrant executed: <br> WEDNESDAY, <br> MAY 27, 2015, Appox. 7:22 AM - 8:25 AM | Copy of warrant and inventory left with: <br> OUTER POCKET OF ONE OF THE BAGS. |
|---|---|---|

Inventory made in the presence of:
LISA WILSON, ERIC ROEHL, EDWARD LAWSON, RICHARD WEDDERSPOON, JAMES BALUCH

Inventory of the property taken and name of any person(s) seized:

- ONE-PAGE HANDWRITTEN NOTE.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: June 3, 2015

_____
Executing officer's signature

LISA A WILSON TASKFORCE OFFICER
Printed name and title

# ATTACHMENT A

## Property to Be Searched

This warrant applies to Joshua Van Haften's possessions located in two military style green duffle bags, which accompanied him on Turkish Airlines Flight #5 from Istanbul, Turkey, to O'Hare International Airport in Chicago, IL, on April 8, 2015. These Duffle Bags were obtained by FBI Agents from the luggage carousel at Chicago's O'Hare International Airport and contained luggage tags corresponding with the baggage claim tags affixed to the cover of Van Haften's passport. The Duffle Bags were transported by FBI Agents to the Madison Resident Agency, in Middleton, Wisconsin, and placed in the office's designated Evidence Room.

## ATTACHMENT B

## Particular Things to be Seized

I.  **Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18, United States Code, Section 2339B, which criminalizes among other things, providing material support to a Designated Foreign Terrorist Organization involving Joshua Van Haften and other conspirators known and unknown including, for the Duffle Bags listed on Attachment A, information pertaining to the following matters:

a. Any and all communications or documentation regarding information about Syria, Iraq, Afghanistan, Islamic State of Iraq and the Levant (ISIL), Islamic State of Iraq and al-Sham (ISIS), the Islamic State of Iraq and Syria (ISIS), ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, and Al-Furqan Establishment for Media Production, Jihad, martyrdom, hijrah, the travel plans. Any and all communications or documentation regarding the travel plans or general movements of Joshua Van Haften.

b. Any and all communications or documentation involving the use or acquisition of weapons or explosives, and military type training, including training on the use or manufacture of weapons or explosives;

c. Any and all communications or documentation regarding the remittance or transfer of money;

d.      Any and all communications or documentation involving operational security and the use of other more secure means of communication used by the communicants or their associates;

e.      Any and all communication or documentation involving the creation and distribution of propaganda, or other media used to radicalize and recruit extremists;

f.      Any and all communication or documentation involving the radicalizing and recruiting of persons for the purpose of conducting terrorist attacks or fundraising on behalf of a terrorist group, or group otherwise engaged in terrorist activity;

g.      Any and all communications or documentation involving the provision of material support or resources to terrorists (including the provision of man power or personnel).

h.      Any computer, computer hard drive, or other physical object upon which electronic information can be recorded (hereinafter, "computer") that is called for by this warrant, or that might contain things otherwise called for by this warrant:

   i. evidence of who used, owned, or controlled the computer at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

   ii. evidence of software that would allow others to control the computer, such as viruses, Trojan horses, and other forms of malicious software, as well as

evidence of the presence or absence of security software designed to detect malicious software;

    iii. evidence of the lack of such malicious software;

    iv. evidence of the attachment to the computer of other storage devices or similar containers for electronic evidence;

    v. evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the computer;

    vi. evidence of the times the computer was used;

    vii. passwords, encryption keys, and other access devices that may be necessary to access the computer;

    viii. documentation and manuals that may be necessary to access the computer or to conduct a forensic examination of the computer;

    iv. contextual information necessary to understand the information described in this attachment.



