# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.
LEGAL COUNSEL

Daniel W. Stiller, Federal Defender
Joseph A. Bugni, Supervising Attorney
Peter R. Moyers
Kelly A. Welsh
Shelley M. Fite

22 East Mifflin Street
Suite 1000
Madison, Wisconsin 53703

Telephone 608-260-9900
Facsimile 608-260-9901

June 13, 2016

Honorable Stephen L. Crocker
United States Magistrate Judge
120 North Henry Street
Madison, Wisconsin 53703

    Re:    *United States v. Joshua Van Haften*
               Case No. 15-cr-37

Dear Judge Crocker:

      The defense previously raised the issue of Mr. Van Haften's competency, and he was evaluated by the Bureau of Prisons. The staff there found that he was competent. After consulting with and having Mr. Van Haften evaluated by our own doctors, the defense will not contest the finding that he is competent to proceed to trial.

      Thank you for your continued consideration.

                                  Sincerely,

                                  *Joseph A. Bugni*

                                  Joseph A. Bugni
                                  Associate Federal Defender