DOC NO
REC'D/FILED

2/5/2018

2018 FEB -7 AM 10: 00

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Lisa Rose
CNN Research Librarian
CNN Center
12th floor North Tower NT 1205E
Atlanta, Ga 30303
(404) 827-4861
lisa.rose@turner.com

Attention court clerk:

I am researching the Joshua Van Haften case (3:15cr37) and I wanted to see if it would be possible to obtain a copy of a filing. It's a brief in opposition, docket number 22, filed on May 26, 2015. The filing is currently sealed but I wanted to check if the court could unseal the document.

It would also be great to the sealed filings listed below but my main priority is docket number 22.

| 66 | 01/20/2017 | Objection to 65 Presentence Investigation Report |
| 72 | 02/06/2017 | Brief in Opposition by Joshua Van Haften re: Terrorism Enhancement. |
| 78 | 02/16/2017 | Sentencing Memorandum by Joshua Van Haften, |

Thanks in advance for your help. I am enclosing a stamped envelope for your reply. Or you may email documents to me at the address above.

Lisa Rose