IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

            Plaintiff,

v.

JOSHUA VAN HAFTEN,

            Defendant.

ORDER

15-cr-37-jdp

---

The court has received a letter from a research librarian at CNN requesting access to certain documents on the docket of this case. Dkt. 95. I construe the letter as a motion to unseal docket entries 22, 66, 72, and 78.

I will grant the motion as to Dkt. 22, which is Van Haften's opposition to the government's proposed protective order. The court already indicated in Dkt. 28 that it saw no reason to seal either Dkt. 20 or Dkt. 22, but it gave the parties time to object. They did not, so Dkt. 20 and Dkt. 22 will be unsealed.

The other entries are sentencing-related submissions on Van Haften's behalf. In criminal cases generally these types of submissions contain personal and medical information that is appropriately kept under seal. In this case, some of the docket entries might also raise concerns about the public disclosure of confidential government information.

Based on my quick review, none of the docket entries sought by the CNN researcher pose any risk of the disclosure of governmental information, but that's properly the government's call. The main issue is whether Van Haften wants to keep these sentencing

submissions confidential. I'll give both sides until February 19, 2018, to respond to the request that docket entries 66, 72, and 78 be unsealed.

Entered February 9, 2018.

BY THE COURT:

_____
JAMES D. PETERSON
District Judge