# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

February 1, 2018

Before:
DIANE P. WOOD, Chief Judge
FRANK H. EASTERBROOK, Circuit Judge
DIANE S. SYKES, Circuit Judge

| No. 17-1508 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>JOSHUA VAN HAFTEN, Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:15-cr-00037-jdp-1<br>Western District of Wisconsin<br>District Judge James D. Peterson ||

The judgment of the District Court is **AFFIRMED** in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)