AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| United States of America | ) |
|---|---|
| v. | ) |
| Joshua Van Haften | ) Case No. 15-cr-37-jdp-1 |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Joshua Van Haften

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☒ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violations of Supervised Release Conditions, in violation of 18 U.S.C. § 3583(e)(3)

Date: 11/2/2023

/s/ L. Miller
*Issuing officer's signature*

City and state: Madison, Wisconsin

L. Miller, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 11/2/23, and the person was arrested on *(date)* 11/2/23
at *(city and state)* Janesville, WI

Date: 11/3/23

*Arresting officer's signature*

*Printed name and title*

2023 NOV 2 PM 3:30