IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,                      ORDER

                     v.                            15-cr-37-jdp-1

JOSHUA VAN HAFTEN,

                Defendant.

---

A continued hearing on the probation office's petition for judicial review of Joshua Van Haften's supervised release was held on February 13, 2024 before U.S. District Judge James D. Peterson. The government appeared by U.S. Attorney Timothy O'Shea. Defendant Joshua Van Haften was present in person and by counsel Joseph Bugni. Also present were U.S. Probation Officers Brittany Schwonke and Michael Sutor.

The parties reported the defendant has remained compliant and done well since the last hearing.

The court find that special conditions numbered 21 and 23, imposed at the last hearing, are no longer necessary and those conditions are rescinded. The will modify special condition number 22, and, as modified, that condition is continued.

| | SPECIAL CONDITIONS | JUSTIFCATION |
|---|---|---|
| 22) | When justified by the probation officer's reasonable suspicion of a violation of the conditions of supervision, submit to polygraph testing at the direction of the probation officer. Defendant's answers to questions by the polygraph examiner shall be truthful in all | Imposed based on the nature of the instant offense, defendant's comments that suggest the potential for violence. Recommended to allow the probation office to monitor and enforce |

| | |
|---|---|
| respects unless a fully truthful statement would tend to incriminate defendant, in violation of defendant's constitutional rights, in which case defendant has the right to remain silent. | defendant's compliance to conditions of release. |

Entered February 14, 2024.

BY THE COURT:

/s/

_____

James D. Peterson
Chief U.S. District Judge